**IN THE UNITED STATES DISTRICT COURT FOR THE**
**NORTHERN DISTRICT OF FLORIDA**
**PANAMA CITY DIVISION**

KAREN STRIPLING,

      Plaintiff,

v.                           CASE NO.  5:18cv140-RH/GRJ

PKMM INC.,

      Defendant.

_____/


## ORDER OF REMAND


This case is before the court on the magistrate judge's report and recommendation, ECF No. 9, and the objections, ECF No. 10. I have reviewed de novo the issues raised by the objections. Upon consideration,

IT IS ORDERED:

The report and recommendation is accepted and adopted as the court's opinion. This case is remanded to the Circuit Court, Fourteenth Judicial Circuit, Jackson County, Florida. The clerk must take all steps necessary to effect the remand.

SO ORDERED on July 23, 2018.

                       s/Robert L. Hinkle
                       United States District Judge